| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| Monica Cervante<br>　　　　　Plaintiff,<br>v.<br>Cook Medical, Inc., et al, et al.<br>　　　　　Defendants, | Court File Number<br>2:25-cv-10336-CAS-RAO<br><br>**AFFIDAVIT OF SERVICE** |

State of Ohio　　　} SS
County of Franklin }

I, Erika Cremeans, state that on Monday, December 1, 2025 at 2:40 PM I served the Summons; Complaint; Cover Sheet; Notice of Interested Parties; Notice of Right to Magistrate; and Judge's Standing Order upon Cook Group Europe APS, therein named, personally at CSC Lawyers Inorporating Service, Suite 400, 1160 Dublin Rd, Columbus, OH 43215, by handing to and leaving with Julia Kmiecik, Service of Process Specialist at CSC Lawyers Inorporating Service, the Registered Agent for Cook Group Europe APS, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 12/22/2025　　　　Erika Cremeans
　　　　　　　　　　　　　Erika Cremeans

---

* Service was completed by an Independent contractor retained by Metro Legal Services, Inc.



Serial # GOL 327372 3335

Re: Cervantes



legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com